# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| OMARY TUWANO, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No.: 4:12-cv-02943-WMA-JEO |
| ) | |
| ERIC HOLDER, et al., ) | |
| Respondents. ) | |
| ) | |

## MEMORANDUM OPINION

On September 11, 2012, Petitioner filed a petition for writ of habeas corpus seeking to be released from custody pending his removal to Tanzania. (Doc. 1 at 8). On December 6, 2012, Respondents filed a Motion to Dismiss as Moot. (Doc. 6). In their motion, Respondents note that Petitioner was released on an Order of Supervision on November 30, 2012. (Doc. 6-1). Because Petitioner has been released on an order of supervision, thus, is no longer in custody, his Petition is moot to the extent it seeks Petitioner's release from custody. Additionally, to the extent the Petition seeks an injunction preventing further unlawful detention (*see id.*), it is due to be denied as premature. Accordingly, Respondents' Motion to Dismiss as Moot (doc. 5) is due to be granted and the Petition is due to be dismissed without prejudice.

DONE this 10th day of December, 2012.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE